IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA      )
)
v.                                 )     Criminal No. 4:20-CR-40015-002
)
SAMANTHA LYNN HUNT        )

### FINAL ORDER OF FORFEITURE

On July 7, 2022, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 61). In the Preliminary Order of Forfeiture, a Hewlett-Packard all-in-one PC, bearing serial number 8CC8460935; a Canon multifunction printer, bearing serial number CIJFA10BK10400; a Hewlett-Packard Desk Jet printer, bearing serial number CN97O781YD; a Coolpad cell phone in a pink case, bearing serial number 860667040781697; a Coolpad cell phone in a blue case, bearing serial number 860667040890308; and an opened, 80-sheet package of Southworth Parchment specialty paper, were forfeited to the United States pursuant to Title 18 U.S.C. § 492.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On August 10, 2022, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was September 6, 2022. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1.  That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.

R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on July 7, 2022, shall become

final at this time.

IT IS SO ORDERED this 8th day of December, 2022.


HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE